UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                    Case Number: 14-23426-BKC-RAM
ROXANA C. OCHOA                                           Chapter   13
SSN xxx.xx.2459
Debtor(s).
_____/

<u>**DEBTOR'S OBJECTION TO PROOF OF CLAIM OF CERASTES, LLC
(CLAIM NO. 6) ON SHORTENED NOTICE**</u>

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Debtor(s), **ROXANA C. OCHOA**, by and through undersigned counsel, pursuant to the Federal Rules of Bankruptcy Procedure Rule 3007 and Local Rule 3007-1(B) (2), hereby file this Objection to Proof of Claim of **CERASTES, LLC (Claim No. 6)** and avers in support thereof:

1.  This is an unconfirmed Chapter 13 case.

2.  **CERASTES, LLC** filed an unsecured Proof of Claim **No. 6** ("the Claim") in an amount of $**480.00** for an account number XXXXX4030 and the attachments to said claim indicate that they purchased the account from **Ophrys, LLC**, and that the debt was originally owed to **Bcd**.

3.  All creditors listed in the Debtor's Schedules  were obtained from collection letters and account statements provided by Debtor and Debtor's credit report, none of which reflect an account held by **CERASTES, LLC, Ohrys, LLC**,or **Bcd**, and

none of which bear account # XXXXX4030.

4.      The Debtor objects to the Claim on the grounds that the Claim is unidentifiable and **CERASTES, LLC** has further failed to provide any substantiating backup documentation to prove its Claim as required under F.R.B.P. 3001.  Therefore, the Claim should be disallowed and stricken.

**WHEREFORE,** the Debtor(s) respectfully request that this court enter an order sustaining this objection to the Claim of **CERASTES, LLC**, **(Claim No. 6)** and for any other relief deemed just and proper in the circumstances.

> The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the Debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail, this **3rd** day of **December**, **2014** to the following parties:

CERASTES, LLC
C/O Weinstein, Pinson And Riley, PS
2001 Western Avenue, Ste. 400
Seattle, WA  98121
 (POC Address)
*Via ECF and Regular US Mail*

CERASTES, LLC
c/o CT Corporation System
1200 S. Pine Island Rd.
Plantation, FL  33324
*Via Regular US Mail*

Nancy K. Neidich, Trustee
*Via ECF*

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Sady Picart, P.A.**
Counsel for the Debtor(s)
7951 Bird Road
Suite 202
Miami, FL  33155
Tel.: 305-382-6150/Fax: 305-382-6187
E-Mail: picartlaw@att.net
/s/  Sady Picart _____
Sady Picart, Esq.
FBN:  505412